# IN THE SUPREME COURT, STATE OF WYOMING

## 2017 WY 20

*October Term, A.D. 2016*

**March 1, 2017**

BOARD OF PROFESSIONAL
RESPONSIBILITY, WYOMING
STATE BAR,

Petitioner,

v.

J. CRAIG ABRAHAM, WSB # 6-3436,

Respondent.

D-16-0003

## ORDER REINSTATING ATTORNEY TO THE PRACTICE OF LAW

[¶1]   **This matter** came before the Court upon a "Report and Recommendation for Attorney's Reinstatement," filed herein February 17, 2017, by the Board of Professional Responsibility for the Wyoming State Bar.  On June 29, 2016, this Court entered an "Order of Suspension with Probation," which suspended (with probation) Respondent from the practice of law for a period of six months. *Board of Professional Responsibility v. Abraham*, 2016 WY 66, 376 P.3d 483 (Wyo. 2016).  Respondent subsequently applied for reinstatement to the practice of law, pursuant to Rule 9(c)(7) of the Wyoming Rules of Disciplinary Procedure.  Now, after a careful review of the Board of Professional Responsibility's Report and Recommendation for Attorney's Reinstatement and the file, this Court finds that the Report and Recommendation should be approved, confirmed, and adopted by the Court; and that the Respondent, J. Craig Abraham, should be fully reinstated to the practice of law.  It is, therefore,

[¶2]   **ADJUDGED AND ORDERED** that the Board of Professional Responsibility's Report and Recommendation for Attorney's Reinstatement, which is attached hereto and incorporated herein, shall be, and the same hereby is, approved, confirmed, and adopted by this Court; and it is further

[¶3]    **ADJUDGED AND ORDERED** that the Respondent, J. Craig Abraham, be, and hereby is, fully reinstated to the practice of law in Wyoming, effective immediately; and it is further

[¶4]    **ORDERED** that, pursuant to Rule 9(b) of the Wyoming Rules of Disciplinary Procedure, this Order Reinstating Attorney to the Practice of Law, along with the incorporated Report and Recommendation for Attorney's Reinstatement, shall be published in the Wyoming Reporter and the Pacific Reporter; and it is further

[¶5]    **ORDERED** that the Clerk of this Court shall docket this Order Reinstating Attorney to the Practice of Law, along with the incorporated Report and Recommendation for Attorney's Reinstatement, as a matter coming regularly before this Court as a public record; and it is further

[¶6]    **ORDERED** that the Clerk of this Court transmit a copy of this Order Reinstating Attorney to the Practice of Law to the members of the Board of Professional Responsibility and to the clerks of the appropriate courts of the State of Wyoming.

[¶7]    **DATED** this 1st day of March, 2017.

BY THE COURT:

/s/

**E. JAMES BURKE**
**Chief Justice**

## BEFORE THE SUPREME COURT

## STATE OF WYOMING

IN THE SUPREME COURT
STATE OF WYOMING
FILED

FEB 17 2017

CAROL THOMPSON, CLERK
by CHIEF DEPUTY

In the matter of )
J. CRAIG ABRAHAM, )
WSB No. 6-3436, )
)   *Docket No. D-16-0003*
Respondent. )

---

## REPORT AND RECOMMENDATION
## FOR ATTORNEY'S REINSTATEMENT

---

THIS MATTER came before the Board of Professional Responsibility on the 14th day of February, 2017, for consideration of Respondent's Application for Reinstatement submitted pursuant to Rule 9(c)(7) of the Wyoming Rules of Disciplinary Procedure, and the Board having reviewed the Application, the accompanying Affidavit of Respondent and being fully advised in the premises, REPORTS and RECOMMENDS as follows:

1.	Applicant is the subject of an Order of Suspension with Probation issued by the Court on June 29, 2016, which ordered that, effective immediately, J. Craig Abraham is suspended from the practice of law for six months, with that suspension stayed in favor of six months of probation.

2.	On January 6, 2017, Respondent filed an Application for Reinstatement and supporting Affidavit in the form required by Rule 9(c)(7).

3.	Bar Counsel has no objection to Respondent's reinstatement.

NOW, WHEREFORE, the Board of Professional Responsibility recommends that Respondent be reinstated to the practice of law.

DATED this ___15___ day of February, 2017.


_____
Judith A.W. Studer, Chair
Board of Professional Responsibility
Wyoming State Bar


2